UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
                                                                       :
MOHAMMAD BHUIYAN,                                                      :    04 CV 2915 (ARR)
                                                                       :
                          Petitioner,                                  :    <u>NOT FOR</u>
                                                                       :    <u>PUBLICATION</u>
       -against-                                                       :
                                                                       :    <u>OPINION AND ORDER</u>
BUREAU OF CITIZENSHIP AND IMMIGRATION                                  :
SERVICES; UNITED STATES DEPARTMENT OF                                  :
HOMELAND SECURITY,                                                     :
                                                                       :
                          Respondents.                                 :
                                                                       :
---------------------------------------------------------------------- X

ROSS, United States District Judge:

  By petition dated July 17, 2004, petitioner Mohammad Bhuiyan, ordered removed by an Immigration Judge ("IJ") by order dated March 30, 2001, filed the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  By order dated February 7, 2005, this court denied the petition.  By motion dated March 9, 2005, petitioner moves the court to reconsider denial of the petition.  The Government is directed to respond substantively to petitioner's motion no later than May 23, 2005.

  SO ORDERED.

                        _____
                        Allyne R. Ross
                        United States District Judge

Dated: April 25, 2005
   Brooklyn, New York

1

SERVICE LIST:

*Attorney for Petitioner*
Michael A. Zimmerman
Michael A. Zimmerman & Associates, P.C.
450 Seventh Avenue, Suite 808
New York, NY 10123
Fax: 212-233-9814

*Attorney for the Respondent*
Margaret Mary Kolbe
United States Attorneys Office
One Pierrepont Plaza
147 Pierrepont Street, 16th Floor
Brooklyn, NY 11201
Fax: 718-254-8702